**Ronald DERECSKEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 49849.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 10, 1985.

Motion for Rehearing and/or Transfer
Denied Oct. 28, 1985.

Application to Transfer Denied
Dec. 17, 1985.

James S. McKay, Public Defender, St. Louis, for appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Movant appeals after a denial of his Rule 27.26 motion without an evidentiary hearing. An extended opinion would be of no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).